**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Harry R. Meltz, for himself and on behalf of Investment Rarities Incorporated, | Civil No. 06-4845 (RHK/JSM) |
| Plaintiff, | |
| vs. | **ORDER FOR DISMISSAL** |
| James R. Cook, Diane Cook, Investment Rarities International, Inc., Classic Coin Cellars, Inc., Golden Equities, LP, Gold Desk Corp., Inc., and ABC Companies 1-10, | |
| Defendants. | |

---

Based upon the Stipulation of the parties, it is hereby **ORDERED** that all of Plaintiff's claims against Defendants in the above-captioned matter are hereby **DISMISSED WITH PREJUDICE**, without costs or attorneys' fees to any of the parties.

Dated: April 26, 2007

                                                  s/Richard H. Kyle
                                                  RICHARD H. KYLE
                                                  United States District Judge